Margaret N. HERNANDEZ, Administratrix of the Estate of Arturo Hernandez-Mejia, Appellant, v. Thomas E. ROBERTSON, Commissioner of Patents, Appellee.

(Circuit Court of Appeals, Fourth Circuit. October 30, 1926.)

No. 2531.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore; Morris A. Soper, Judge.

Benjamin Roman, of New York City (Jacob F. Murbach, of Baltimore, Md., on the brief), for appellant.

T. A. Hostetler, of Washington, D. C., for appellee.

Before WADDILL, ROSE, and PARKER, Circuit Judges.

PER CURIAM. We are unable to agree with the appellant that there was any error in the conclusion announced in the successive decisions of the Primary Examiner of the Patent Office, of the Board of Examiners in Chief, of the Commissioner of Patents, of the Court of Appeals for the District of Columbia (298 F. 1019, 54 App. D. C. 404), and of the District Court for the District of Maryland (16 F.[2d] 276).

Affirmed.